**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DARRELL GREEN**                                                                          **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 3:23-cv-580-CWR-FKB**

**STATE FARM FIRE AND CASUALTY
COMPANY, INC.,**                                                                **DEFENDANT**

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

Under Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for State Farm Fire and Casualty Company ("State Farm"), improperly denoted as "State Farm Fire and Casualty Company, Inc.," certifies that the general nature and purpose of the foregoing entity or entities is insurance. State Farm Fire and Casualty Company is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company has no parent company. It is a mutual insurance company and as such does not have any shareholders. State Farm is organized and existing under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

**RESPECTFULLY SUBMITTED** this the 18th day of September, 2023.

**STATE FARM FIRE AND CASUALTY
COMPANY**, Defendant

 */s/ Amanda B. Barbour*                               
AMANDA B. BARBOUR (MSB # 99119)
HARRISON M. SMITH (MSB #106339)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
E-Mail: Amanda.Barbour@butlersnow.com
E-Mail: Harrison.Smith@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Amanda B. Barbour, certify that on this date I filed the above and foregoing document with the Clerk of Court using the ECF system which sent notification of same to all counsel of record.

DATED:  September 18, 2023.

By:  */s/Amanda B. Barbour*
Amanda B. Barbour

82218464.v1

2