**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DARRELL GREEN**                                                       **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 3:23-cv-580-CWR-FKB**

**STATE FARM FIRE AND CASUALTY**
**COMPANY, INC.,**                                                     **DEFENDANT**

**STATE FARM FIRE AND CASUALTY COMPANY'S**
**<u>NOTICE OF SERVICE OF INITIAL DISCLOSURES</u>**

NOTICE is hereby given that Defendant State Farm Fire and Casualty Company, improperly denoted as "State Farm Fire and Casualty Company, Inc.," has served its Initial Disclosures upon all counsel of record pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 6th day of December, 2023.

**STATE FARM FIRE AND CASUALTY**
**COMPANY**, Defendant

*/s/ Harrison M. Smith*
AMANDA B. BARBOUR (MSB # 99119)
HARRISON M. SMITH (MSB # 106339)
BUTLER SNOW LLP
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
E-Mail: Amanda.Barbour@butlersnow.com
E-Mail: Harrison.Smith@butlersnow.com

## CERTIFICATE OF SERVICE

I, Harrison M. Smith, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to counsel of record via the Court's CM/ECF System.

So certified this the 6th day of December, 2023.

*/s/ Harrison M. Smith*
Harrison M. Smith

84833288.v1