**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DARRELL GREEN**                                                                                                  **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 3:23-cv-580-CWR-ASH**

**STATE FARM FIRE AND CASUALTY**
**COMPANY, INC.,**                                                                                               **DEFENDANT**

**STATE FARM FIRE AND CASUALTY COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant State Farm Fire and Casualty Company ("State Farm"), improperly denoted as "State Farm Fire and Casualty Company, Inc.," files this Motion for Summary Judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure on all claims asserted in the Complaint. In support of this Motion, State Farm would show the following:

1. For the reasons set forth in State Farm's supporting Memorandum being filed contemporaneously herewith, summary judgment is proper because there are no genuine issues of material fact and State Farm is entitled to judgment as a matter of law.

2. In further support of this Motion, State Farm incorporates its supporting Memorandum and also the following exhibits:

   **Exhibit A**:   State Farm Payment Settlement

   **Exhibit B**:   Letter From Plaintiff's Former Counsel

   **Exhibit C**:   State Farm's Clarifying Letter

WHEREFORE, State Farm respectfully requests that this Court grant its Motion for Summary Judgment and enter an order dismissing all claims asserted in the Complaint with prejudice.

This the 2nd day of July, 2024.

**STATE FARM FIRE AND CASUALTY COMPANY**, Defendant

 */s/ Amanda B. Barbour*
AMANDA B. BARBOUR (MSB # 99119)
HARRISON M. SMITH (MSB # 106339)
BUTLER SNOW LLP
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
E-Mail: Amanda.Barbour@butlersnow.com
E-Mail: Harrison.Smith@butlersnow.com

**CERTIFICATE OF SERVICE**

  I, Amanda B. Barbour, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to counsel of record via the Court's CM/ECF System.

  So certified this the 2nd day of July, 2024.

<u>/s/ Amanda B. Barbour</u><br>
Amanda B. Barbour

88448375.v1