

**RBZ000I5**
**State Farm Fire and Casualty Company**

# Fire Claim File Print
# Payment Settlement

Route To:

## BASIC CLAIM INFORMATION

Claim Number: 24-G700-9D2
Date of Loss: 02-17-2021
Policy Number: 99-BF-U351-2
Named Insured: GREEN, DARRELL

## PAYMENT SETTLEMENT

**Previous Payments**     Total Paid Amount: $36,717.46

| Issue Date | Participant/COL/Line | Remarks | Trans | Pay Code | RSN | Status | Paid Amount |
|---|---|---|---|---|---|---|---|
| Mar 26, 2021 | Named Insured(s)/43/006 | Payment to remove debris from covered personal property | D | 1 | | Paid | $6,495.00 |
| **Payment No** 509663908Q | **Payee** DARRELL GREEN | | | **Address** 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | | | **Entered By** Robert McCaa |
| Mar 30, 2021 | Named Insured(s)/44/007 | actual cash value payment for scheduled farm equipment | D | 1 | | Paid | $7,512.55 |
| **Payment No** 509663909Q | **Payee** DARRELL GREEN | | | **Address** 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | | | **Entered By** Robert McCaa |
| Mar 30, 2021 | Named Insured(s)/44/014 | actual cash value payment for scheduled farm equipment | D | 1 | | Paid | $6,962.10 |
| **Payment No** 509663909Q | **Payee** DARRELL GREEN | | | **Address** 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | | | **Entered By** Robert McCaa |
| Mar 30, 2021 | Named Insured(s)/44/015 | actual cash value payment for scheduled farm equipment | D | 1 | | Paid | $7,796.40 |
| **Payment No** 509663909Q | **Payee** DARRELL GREEN | | | **Address** 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | | | **Entered By** Robert McCaa |
| Mar 30, 2021 | Named Insured(s)/44/016 | actual cash value payment for scheduled farm equipment | D | 1 | | Paid | $5,810.65 |

Date: 08-24-2023

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only



EXHIBIT A

Page 1

| Payment No | Payee | | Address | | | Entered By |
|---|---|---|---|---|---|---|
| 509663909Q | DARRELL GREEN | | 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | | | Robert McCaa |
| Mar 30, 2021 | Named Insured(s)/44/019 | actual cash value payment for scheduled farm equipment | D | 1 | Paid | $2,140.76 |

| Payment No | Payee | Address | Entered By |
|---|---|---|---|
| 509663909Q | DARRELL GREEN | 7160 OLD WILSON RD, WEST, MS 39192-8120 USA | Robert McCaa |

**Total Amount:** $36,717.46

### Previous Summary of Loss

No documents have been added yet.