

**FRANK SHAW LAW FIRM**
*Your Injury Lawyer*

✆ 662 289 4740
🖨 662 289 4989
@ frank@frankshawlawfirm.com
🌐 www.frankshawlawfirm.com
✉ 133 E Jefferson Street
Kosciusko, MS 39090

June 9, 2021

State Farm Fire and Casualty Company          Transmitted via Facsimile & Email: 844-236-3646
ATTN: Andy McCaa,                                        statefarmfireclaims@statefarm.com
POB 106169
Atlanta, GA 30348-6169

    Re:    Claim Number:    24-G700-9D2
           Insured:              Darrell Green
           Date of Loss:      02/17/2021
           Policy Number:    99BF-U351-2

Dear Andy,

We represent Mr. Green, your insured, in regard to the above matter. It was a pleasure to speak with you today, and please forward all future correspondence regarding the claim to me at the above address. I understand the insurance company's position is the insured's farm structure "does not have walls and therefore does not constitute meet the definition of a building." Please see the attached photos which should aid in completing your investigation.

Please let me know if you need anything else from me in this regard. Thank you for your kind attention to this matter.

                                          Sincerely,

                                          *[signature]*

                                          Blake Harthcock, Attorney at Law
                                          Frank Shaw Law Firm, PLLC

MBH
Enclosures
as stated above



EXHIBIT B