## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**DARRELL GREEN**,

       *Plaintiff*,

*v.*

**STATE FARM FIRE AND CASUALTY COMPANY**,

       *Defendant*.

CAUSE NO. 3:23-CV-580-CWR-ASH

## FINAL JUDGMENT

For the reasons stated in the Order issued this day, *see* Docket No. 16, this case is dismissed with prejudice and closed on the docket.

**SO ORDERED**, this the 3rd day of October, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE